# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAYLEY SCHELLHAAS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COMPASS GROUP USA, INC.** | : | **NO. 23-884** |

## ORDER

**NOW**, this 5th day of October, 2023, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.